NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: **audrey.renschen@usdoj.gov**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) Case No. 3:99-cr-00036-HRH-JDR |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) STATUS REPORT PURSUANT TO |
| | ) COURT'S ORDER |
| EFRAIN LECHUGA GUTIERREZ , | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

COMES NOW the United States of Attorney's Office, by and through counsel, pursuant to the court's order, and hereby reports that this action is not resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 14th day of August, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Audrey J. Renschen
> Assistant U. S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Rm. C-253
> Anchorage, AK  99513-7567
> Phone: (907) 271-5071
> Fax: 907-271-1500
> email: **audrey.renschen@usdoj.gov**