NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EFRAIN LECHUGA GUTIERREZ ,<br><br>　　　　　Defendant. | ) Case No. 3:99-cr-00036-HRH-JDR<br>)<br>)<br>)<br>) STATUS REPORT PURSUANT TO<br>) COURT'S ORDER<br>)<br>)<br>)<br>)<br>) |

　　　　COMES NOW the United States of Attorney's Office, by and through counsel, pursuant to the court's order, and hereby reports that this action is not resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 5th day of August, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/ Audrey J. Renschen
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov